200 So.2d 876

## Roy E. HAMMERS

v.

## TWENTIETH JUDICIAL DISTRICT COURT, PARISH OF WEST FELICIANA, State of Louisiana.

### No. 48825.

Aug. 3, 1967.

In re: Roy E. Hammers applying for writ of mandamus.

Writ denied. The showing made is not sufficient for this court to exercise its original or supervisory jurisdiction.

200 So.2d 876

## Robert WELLER, etc.

v.

## Abel P. PREJEAN et al.

### No. 48837.

Aug. 7, 1967.

In re: Robert Weller, etc., applying for writs of certiorari, mandamus and prohibition.

Writs denied. The ruling of the trial judge is correct.